(February 19, 2008)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS QUILES, Appellant. [851 NYS2d 897]—Judgment, Supreme Court, Bronx County (Lawrence H. Bernstein, J., at plea; Denis J. Boyle, J., at sentence), rendered on or about December 19, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Nardelli, Williams and McGuire, JJ.